# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

In the Interest of K.I., J.I. and S.P., children.

D.I.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES
and GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2023-2506

———————————————

April 26, 2024

Appeal from the Circuit Court for Hillsborough County; Daryl Manning, Judge.

Jonathan E. Hackworth, Tampa, for Appellant.

Mary Soorus of Children Legal Services, Tampa, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Guardian ad Litem Office, Tallahassee, and Morgan Lyle Weinstein of Twig, Trade & Tribunal, PLLC, Fort Lauderdale, for Appellee, Guardian ad Litem Office.

PER CURIAM.

    Affirmed.

CASANUEVA, KELLY, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.